1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11  LAURA FIGUEROA,                    )      No.  EDCV 13-0814-CW
                                       )
12               Plaintiff,            )      JUDGMENT
                                       )
13          v.                         )
                                       )
14  CAROLYN W. COLVIN, Acting          )
    Commissioner, Social Security )
15  Adminstration,                     )
                                       )
16               Defendant.            )
    _____)

17

18       **IT IS ADJUDGED** that this action is remanded to defendant for

19  further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g)

20  and consistent with the accompanying Decision and Order.

21

22  DATED: March 5, 2014

23

24                                     _____
                                              CARLA M. WOEHRLE
25                                      United States Magistrate Judge

26

27

28